DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Graham<br><br>Case below:<br>178 N.C. App. 392 | No. 408P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1223) | Denied<br>12/14/06 |
| State v. Harris<br><br>Case below:<br>175 N.C. App. 360 | No. 025P06 | 1.  AG's Motion for Temporary Stay<br>(COA05-111)<br><br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31<br><br>4.  Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-111)<br><br>5.  Def's Cross-Petition for Discretionary<br>Review Under N.C.G.S. § 7A-31 | 1. Allowed<br>**360 N.C. 292**<br><br>Stay dissolved<br>12/19/06<br><br>2. Denied<br>12/19/06<br><br>3. See Special<br>Order Page 154<br><br>4. Denied<br>12/19/06<br><br>5. Denied |
| State v. Hernandez-<br>Madrid<br><br>Case below:<br>173 N.C. App. 234 | No. 534P05 | 1.  AG's Motion for Temporary Stay<br>(COA04-294)<br><br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>Pending<br>Determination<br>of State's PDR<br>**360 N.C. 71**<br><br>2. Allowed<br>12/19/06<br><br>3. Allowed<br>12/19/06 |
| State v. Hocutt<br><br>Case below:<br>177 N.C. App. 341 | No. 297A06 | 1.  Def's NOA Based Upon A<br>Constitutional Question (COA05-473)<br><br>2.  AG's Motion to Dismiss Appeal | 1. —<br><br><br>2. Allowed<br>12/14/06 |
| State v. Holmes<br><br>Case below:<br>177 N.C. App. 565 | No. 283P06 | 1.  AG's Motion for Temporary Stay<br>(COA05-986)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**360 N.C. 540**<br><br>2. Allowed<br>12/19/06<br><br>3. Allowed<br>12/19/06 |